ATLANTIC STATES LIFE INSURANCE COMPANY *v.* CONTINENTAL TRUST COMPANY.

HILL, J. Under the pleadings and the evidence admitted, there was no error in directing a verdict in favor of the plaintiff; nor do any of the grounds of the motion for a new trial show any error sufficient to cause a reversal of the judgment denying a new trial.

*Judgment affirmed. All the Justices concur, except Fish, C. J., absent.*

JANUARY 15, 1916.

Complaint. Before Judge Hammond. Richmond superior court. January 27, 1915.

*Callaway & Howard,* for plaintiff in error.

*Cumming & Hull,* contra.